JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTE LAMONT JOHNSON, SR., <br><br> Petitioner, <br><br> v. <br><br> TAMMY L. CAMPBELL, <br><br> Respondent. | Case No. CV 5:23-01968-CJC (RAO) <br><br> JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: September 29, 2023

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE